## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:17–cv–01256–DSF–RAO          Date   5/24/2017

Title      M. RICHARD MELLON ET AL V. PRINCESS CRUISE LINES, LTD.

Present:      The Honorable      DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

        Debra Plato                                          Not Present
        Deputy Clerk                                       Court Reporter

    Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:
              Not Present                                        Not Present

**Proceedings:**        (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL
                    FOR LACK OF PROSECUTION

        Absent a showing of good cause, an action must be dismissed without prejudice
if the summons and complaint are not served on a defendant within 90 days after the
complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the
complaint within 21 days after service (60 days if the defendant is the United States).
Fed. R. Civ. Proc. 12(a)(1).

        In the present case, it appears that one or more of these time periods has not
been met. Accordingly, the Court, on its own motion, orders plaintiff(s) to show
cause in writing on or before **Monday, June 12, 2017**, why this action should not be
dismissed as to the applicable defendant(s) for lack of prosecution. Pursuant to Rule
78 of the Federal Rules of Civil Procedure, the Court finds that this matter is
appropriate for submission without oral argument. The Order to Show Cause will
stand submitted on that date.

        Filing of the following on or before the date indicated above will constitute a
satisfactory response to the Order to Show Cause:

    XX   Proofs of service of summons and complaint on all defendants for whom
          such documents have not yet been filed;

    ___   An appearance by all defendants who have been served or an application
          for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil
          Procedure;

    ___   A request that the clerk enter default judgment or motion for entry of
          default judgment pursuant to Rule 55(b) of the Federal Rules of Civil
          Procedure.

**IT IS SO ORDERED.**

                                                    Initials of Deputy Clerk:  dp