JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. RICHARD MELLON, et al. | Case No.: CV 17-1256 DSF (RAOx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| PRINCESS CRUISE LINES, LTD. | |
| Defendant. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiffs not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing and that the action be dismissed without prejudice.

Dated: 6/22/17

Dale S. Fischer
United States District Judge